AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original    ☐ Duplicate Original

| LODGED<br>CLERK, U.S. DISTRICT COURT<br>3/14/2024<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: TV  DEPUTY | # UNITED STATES DISTRICT COURT<br>for the<br>Central District of California | FILED<br>CLERK, U.S. DISTRICT COURT<br>3/14/24<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: nne  DEPUTY |

UNITED STATES OF AMERICA

v.

DANA FERRAR HAYWARD,

Defendant.

Case No.  2:24-mj-01479

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 3, 2024, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Nicole Lozano
Complainant's signature

Nicole Lozano, ATF Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 14, 2024

/s/ Michael R. Wilner
Judge's signature

City and state: Los Angeles, California

Hon. Michael Wilner
Printed name and title

AUSA: Alexander Gorin, x3190

**AFFIDAVIT**

I, Nicole Lozano, being duly sworn, declare and state as follows:

**PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint against and warrant to arrest Dana Ferrar HAYWARD ("HAYWARD") for a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.

3. This affidavit is intended to show only that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.

4. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. Further, all dates and amounts are approximations, and the words "on or about" and "approximately" are omitted for clarity.

**BACKGROUND OF AFFIANT**

5. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been so employed since November 2012. I am currently assigned to the Los Angeles Group I Field Office. I have received approximately 28 weeks of training at both the

Federal Law Enforcement Training Center and the ATF National Academy in Glynco, Georgia, and numerous hours of post-academy training in firearm laws and regulations.

6.  As an ATF Special Agent, I primarily enforce federal firearms and explosives laws. I have participated in investigations involving the possession of firearms by prohibited persons, the possession of illegal firearms, and the illegal acquisition of firearms. I have participated in the preparation and execution of search warrants involving various violations of federal and state laws.

7.  I am also experienced in the use of tracking devices, conducting surveillance, interviewing witnesses, writing affidavits for and participating in the execution of search warrants, and working with undercover agents, cooperating defendants, and confidential sources.

## SUMMARY OF PROBABLE CAUSE

8.  On March 3, 2024, Los Angeles Police Department ("LAPD") officers attempted to stop a car in which HAYWARD was a passenger. HAYWARD got out of the car and began to flee on foot holding a firearm. Additional LAPD officers caught up to HAYWARD and took him into custody. While being arrested, HAYWARD threw the firearm on the ground. LAPD officers recovered the firearm. After being transported to LAPD Central Station, HAYWARD was Mirandized and admitted that the firearm was his.

9.  A review of HAYWARD's criminal history and certified conviction documents revealed that HAYWARD has multiple prior

felony convictions, including convictions for attempted murder, burglary, and robbery.

## STATEMENT OF PROBABLE CAUSE

10. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

    **A. HAYWARD was arrested after fleeing police while carrying a firearm**

11. I know from reviewing law enforcement reports, body worn camera footage, and dash camera footage, that on March 3, 2024, LAPD officers were pursuing a car that had fled from an attempted traffic stop. According to LAPD records, at the intersection of 3rd Street and Wall Street in Los Angeles, California, HAYWARD got out of the pursued car and began to run eastbound on 3rd Street. The pursuing officers radioed to additional officers that a suspect was fleeing on 3rd Street. Two additional LAPD officers responded to the call and saw a suspect matching the description that had been broadcast over the police radio call.



12.   Based on LAPD video footage and law enforcement reports, when the LAPD officers approached HAYWARD, he changed direction and began running in the opposite direction on 3rd Street.

13.   When LAPD officers got close enough to HAYWARD to attempt to arrest him, HAYWARD had a firearm in his hand and threw it while he was being arrested. Body camera footage as well as digital in car (dash cam) footage of the incident confirms that HAYWARD threw an object resembling a firearm.





14. According to an LAPD report I have reviewed, shortly after HAYWARD threw the firearm, LAPD officers recovered it nearby.

15. Based on body worn camera footage and LAPD reports, once HAYWARD was transported to LAPD Central Station, HAYWARD was Mirandized and an officer asked HAYWARD if the firearm was his. HAYWARD agreed it was.

**B.   HAYWARD's Criminal History**

16. On March 1, 2024, I reviewed HAYWARD's criminal history[1], as reflected on his National Crime Information Center

---

[1] My review of HAYWARD's criminal history predates the conduct in this complaint because I initially reviewed HAYWARD's criminal history as part of an investigation into conduct unrelated to the charge alleged in this complaint.

report, and found that HAYWARD has the following convictions,[2] all for crimes for which the maximum punishment is greater than one year in prison:

      a.   December 1, 2003, attempted murder, in violation of California Penal Code § 187, in the Superior Court for the State of California, County of Los Angeles, Case Number 7841219, and sentenced to seven years in prison.

      b.   July 5, 2013, burglary in the first degree, in violation of California Penal Code § 459, in the Superior Court for the State of California, County of Los Angeles, Case Number XSEVA12524902, and sentenced to nine years in prison.

      c.   January 11, 2013, burglary in the first degree, in violation of California Penal Code § 459, in the Superior Court for the State of California, County of Riverside, Case Number RIF1205141, and sentenced to four years in prison.

      d.   July 30, 2021, robbery, in violation of California Penal Code § 211, in the Superior Court for the State of California, County of Los Angeles, Case Number XWESA10366101, and three years in prison.

    **C.**   **Interstate nexus**

17.   On March 7, 2024, ATF Special Agent Montevidoni, who is a certified ATF interstate nexus examiner, examined photographs of the firearm that LAPD officers recovered from the ground after HAYWARD threw it.

18.   Special Agent Montevidoni confirmed that the firearm was manufactured outside of California, and therefore traveled

---

[2] The dates in this paragraph are those of sentencing.

in interstate commerce prior to HAYWARD's possession of the firearm on March 3, 2024.

## CONCLUSION

19. For the foregoing reasons, there is probable cause to issue the requested complaint and arrest warrant.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __14th__ day of March, 2024.

/s/ Michael R. Wilner
_____
THE HONORABLE MICHAEL WILNER
UNITED STATES MAGISTRATE JUDGE